# AMENDED SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | dalywillia_0 |
| 2 | dolev-market |
| 3 | omom-012 |
| 4 | rbyp4707 |
| 5 | yehudalilach.09 |
| 6 | CX-YOULIN |
| 7 | Run |
| 8 | sjcm1 |
| 9 | THE BRAIN® |
| 10 | WUDFUME-US |
| 11 | Augenstern Store |
| 12 | Babe Kiss Store |
| 13 | Dazzling Bag Store |
| 14 | DingDing Bags Store |
| 15 | Elegant Ladies Bag Store |
| 16 | EMI TOY Store |
| 17 | Fashion Bag Clothing Avenue Store |
| 18 | For Your B-etter Life Store |
| 19 | Game Toys Children Store |
| 20 | Growing Continent Store |
| 21 | HA HA Toy Store |
| 22 | hurricane elec-products Store |
| 23 | HZCW Daily Life Applied Store |
| 24 | JeanDan Store-ufza Store |
| 25 | K&M 3C Digital Store |
| 26 | Leafy Grass Store |
| 27 | Loving Shopping Store |
| 28 | MOJOYCE MOJOYCE Official Store |
| 29 | Pb Peggybuy Fashion Bag Store |
| 30 | PB Speciality Store |
| 31 | Pick Your Bag Store |
| 32 | QH-Baby Store |
| 33 | Satisfing House Store |
| 34 | SH-Baby Store |
| 35 | Shop1103358191 Store |
| 36 | Shop3622155 Store |

| | |
|---|---|
| 37 | Shop5883372 Store |
| 38 | Shop910333169 Store |
| 39 | Toys Department Store |
| 40 | VKTECH Bag Store |
| 41 | Warm Life Furnishing Store |
| 42 | WDJ-Baby Store |
| 43 | Yuuka Store |
| 44 | aubreesdesigns |
| 46 | sepideh-h |
| 47 | splendidshit |
| 48 | anisatycollection |
| 49 | as65-18 |
| 50 | jddhgate107 |
| 51 | jmet-8 |
| 52 | luckyroystar.deals |
| 53 | sugajayas-0 |
| 54 | the_best_store_77 |
| 55 | zongdo-10 |
| 56 | ALLDECOR |
| 57 | ELFLEDA SHOP |
| 58 | Happy SP |
| 59 | Jin Zhumao |
| 60 | OEIPSMK-ZL |
| 61 | WANGSHOP |
| 62 | wangzhihong-us |
| 63 | ABC02 Store |
| 64 | ACool Man Store |
| 65 | AIXINIT Dropshipping Store |
| 66 | AIZHIYI Official Store |
| 67 | All Categories Dropshipping Store Store |
| 68 | All Of Them Have Store |
| 69 | Amazing-ZL Store |
| 70 | Angel Party Store |
| 71 | Anime Discount Gallery Store |
| 72 | Anime Fun Time Store |
| 73 | Aquarius Fashion Store |
| 74 | Auin Store |
| 75 | Babaite RC22 Store |

| # | Store |
|---|---|
| 76 | Bags that bring happiness to you Store |
| 77 | BOD Cars666 Store |
| 78 | Boutique Toys Store |
| 79 | China's global miner Store |
| 80 | Convenient Kitchen Tool Store |
| 81 | Deamo Store |
| 82 | Duns Store |
| 83 | Everything life Store |
| 84 | Exquisite house life Store |
| 85 | Fashionable bags online Store |
| 86 | Feng BaoBao Store |
| 87 | Financial Fortune Is Rolling In - Store Store |
| 88 | Funny Castle Toy Store |
| 89 | FUYU Store |
| 90 | Garden of Good and Evil Store |
| 91 | GHG Pretty Store |
| 92 | Girl's Exquisite Bags Store |
| 93 | Girly Heart Perimeter Store |
| 94 | Go To Beautiful Life Store |
| 95 | Good Choice AAA Store |
| 96 | Happy Home 6 Store |
| 97 | Happy-Home-House Store |
| 98 | Homestead Work Store Store |
| 99 | Hot Toys Department Store |
| 100 | HOUSURE Store |
| 101 | IKEA Home Furnishing Store Store |
| 102 | Indoor Outdoor Supplies Drop ship Store |
| 103 | Japan life Store |
| 104 | Jinou Store |
| 105 | JOY JOIN-77 TOY Store |
| 106 | KAAAZI Official Store |
| 107 | KADUO Textile Specialty Store |
| 108 | Kawaii Barbie Store |
| 109 | Kitchen Bar Counter Store |
| 110 | KK FigureToy Store |
| 111 | KLDS Store |
| 112 | Koi Home Storage Store Store |
| 113 | Ladys Bag Store |

| | |
|---|---|
| 114 | LiiP Toy 1 Store |
| 115 | Litterlogan Store |
| 116 | LL BABY Store |
| 117 | LUCKY CHARM Store |
| 118 | Lucky Home 1 Store |
| 119 | Lupan Store |
| 120 | maeham Official Store |
| 121 | Magic Hut Store |
| 122 | Marobe Store |
| 123 | Martis Store |
| 124 | Mibobo Store |
| 125 | MINISO Co Branding Store |
| 126 | Miss Wang Fifth Store |
| 127 | MOJOYCE - Speciality Bag Store |
| 128 | MOJOYCE Factory Store Store |
| 129 | MOJOYCE New Bag Store |
| 130 | MOJOYCE Speciality Store |
| 131 | MQE Store |
| 132 | Mumamuying Store |
| 133 | My Guest You Here Again Store |
| 134 | My New Fashion Bag Store |
| 135 | NHKDSASA Official Store |
| 136 | Nice Furnishings Store |
| 137 | Ninth Life's Store |
| 138 | Noso Store |
| 139 | Nutlet Living Store |
| 140 | OPDOS Light Factory Store |
| 141 | Panmagee Store |
| 142 | Pb Peggybuy Bag Store |
| 143 | Perla Boutique Bags Store |
| 144 | Puff Toy Shop Store |
| 145 | RZ Kidoo Store |
| 146 | Shop1100217664 Store |
| 147 | Shop1102350389 Store |
| 148 | Shop1102372542 Store |
| 149 | Shop1102372603 Store |
| 150 | Shop1102438115 Store |
| 151 | Shop1102520835 Store |

| | |
|---|---|
| 152 | Shop1102601836 Store |
| 153 | Shop1102703245 Store |
| 154 | Shop1102749063 Store |
| 155 | Shop1102794846 Store |
| 156 | Shop1102889302 Store |
| 157 | Shop1102908445 Store |
| 158 | Shop1102928516 Store |
| 159 | Shop1103134221 Store |
| 160 | Shop1103340295 Store |
| 161 | Shop1103623292 Store |
| 162 | Shop1103717589 Store |
| 163 | Shop3364004 Store |
| 164 | Shop5037091 Store |
| 165 | Shop910447251 Store |
| 166 | Shop911318003 Store |
| 167 | Shop911345018 Store |
| 168 | Shop911421057 Store |
| 169 | SSKK Store |
| 170 | Stay Smart home Store |
| 171 | Strawbeberry Store |
| 172 | Sunshine Home Store Store |
| 173 | Sylph Toy World Store |
| 174 | TAOAO TQQ BABY Store |
| 175 | The NG Family Plush Zoo Store |
| 176 | TidyEasy Store |
| 177 | Tiktopaccessory Store |
| 178 | Top on the world Store |
| 179 | TOP Shopping-market Store |
| 180 | Trendy bags' Store |
| 181 | Umikk Fashion Women Bag Store |
| 182 | Useful Home Decoration Store |
| 183 | Vegetable Tool Store |
| 184 | VKTECH-Speciality Bag Store |
| 185 | Warm hearted Store |
| 186 | Warm house xnre Store |
| 187 | Wholesale Luggage And Bags Store |
| 188 | Wonder Wonderland Store |
| 189 | Wonderland Toy in Store |

| | |
|---|---|
| 190 | Wow! Trendy Playhouse Store |
| 191 | Yan-Ning furnishing Store |
| 192 | Younger Fashionable Bags Store |
| 193 | YT Baby Store |
| 194 | Yuchen Home Store Store |
| 195 | Yue Feng Lighting Decorate Store |
| 196 | Zava Store |
| 197 | ZhiXi Xu Store |
| 198 | altervalen |
| 199 | Demarcat |
| 200 | eb-51773 |
| 201 | Ikigaiiii |
| 203 | l9vebot |
| 204 | Layaali |
| 205 | lesterology |
| 206 | Mono-Matique |
| 208 | rxssal |
| 209 | sniffrensticker |
| 210 | Strawberry _ |
| 211 | ucylevineart |
| 212 | vllxllx |
| 213 | yeonnart |