**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MERCIS B.V., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-7613 <br><br> Hon. Steven C. Seeger |

## FINAL JUDGMENT ORDER

It is hereby ordered that Plaintiff's Motion for Entry of Default and Default Judgment is granted as follows, that all remaining Defendants except for Defendants islobella (aka Isabella Galin), Funny-company (aka Emma Vizier), and printsbydpr (aka Jane Vilgats) ("Defaulting Defendants") are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

It is further ordered that:

    1.    Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

        a.  using the MIFFY Trademarks and Copyright or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is

      not a genuine MIFFY Product or is not authorized by Plaintiff to be sold in connection with the MIFFY Trademarks and Copyright;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MIFFY Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the MIFFY Trademarks and Copyright;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the MIFFY Trademarks and Copyright and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the MIFFY Trademarks and Copyright or any reproductions, counterfeit copies or colorable imitations thereof; and

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts that are being used to sell or are the means by which Defaulting Defendants could continue to sell Counterfeit or Infringing Products;

2. Under 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one thousand dollars ($1,000) for willful use of MIFFY Trademarks and Copyright in connection with products sold through at least the Defendant Internet Stores.

3. Plaintiff may enforce this Final Judgment Order as provided in the Federal Rules of Civil Procedure.

4. The Court finds that there is no just reason for delay in entering this judgment under Rule 54(b).

The MIFFY Trademarks and Copyright can be found at U.S. Trademark Registration Nos. 2,210,029; 2,482,597; 4,248,049; 5,516,174; 5,652,014; 5,663,554; 5,663,610; 5,706,279; 5,706,346; 5,706,199 and 6,727,656 and Copyright Registration Nos. VA0001054563.

Date: May 30, 2025

_____
Steven C. Seeger
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | dalywillia_0 |
| 2 | dolev-market |
| 3 | omom-012 |
| 4 | rbyp4707 |
| 5 | yehudalilach.09 |
| 6 | CX-YOULIN |
| 7 | Run |
| 8 | sjcm1 |
| 9 | THE BRAIN® |
| 10 | WUDFUME-US |
| 11 | Augenstern Store |
| 12 | Babe Kiss Store |
| 13 | Dazzling Bag Store |
| 14 | DingDing Bags Store |
| 15 | Elegant Ladies Bag Store |
| 16 | EMI TOY Store |
| 17 | Fashion Bag Clothing Avenue Store |
| 18 | For Your B-etter Life Store |
| 19 | Game Toys Children Store |
| 20 | Growing Continent Store |
| 21 | HA HA Toy Store |
| 22 | hurricane elec-products Store |
| 23 | HZCW Daily Life Applied Store |
| 24 | JeanDan Store-ufza Store |
| 25 | K&M 3C Digital Store |
| 26 | Leafy Grass Store |
| 27 | Loving Shopping Store |
| 28 | MOJOYCE MOJOYCE Official Store |
| 29 | Pb Peggybuy Fashion Bag Store |
| 30 | PB Speciality Store |
| 31 | Pick Your Bag Store |
| 32 | QH-Baby Store |
| 33 | Satisfing House Store |
| 34 | SH-Baby Store |
| 35 | Shop1103358191 Store |
| 36 | Shop3622155 Store |

| | |
|---|---|
| 37 | Shop5883372 Store |
| 38 | Shop910333169 Store |
| 39 | Toys Department Store |
| 40 | VKTECH Bag Store |
| 41 | Warm Life Furnishing Store |
| 42 | WDJ-Baby Store |
| 43 | Yuuka Store |
| 44 | aubreesdesigns |
| 46 | sepideh-h |
| 47 | splendidshit |
| 48 | anisatycollection |
| 49 | as65-18 |
| 50 | jddhgate107 |
| 51 | jmet-8 |
| 52 | luckyroystar.deals |
| 53 | sugajayas-0 |
| 54 | the_best_store_77 |
| 55 | zongdo-10 |
| 56 | ALLDECOR |
| 57 | ELFLEDA SHOP |
| 58 | Happy SP |
| 59 | Jin Zhumao |
| 60 | OEIPSMK-ZL |
| 61 | WANGSHOP |
| 62 | wangzhihong-us |
| 63 | ABC02 Store |
| 64 | ACool Man Store |
| 65 | AIXINIT Dropshipping Store |
| 66 | AIZHIYI Official Store |
| 67 | All Categories Dropshipping Store Store |
| 68 | All Of Them Have Store |
| 69 | Amazing-ZL Store |
| 70 | Angel Party Store |
| 71 | Anime Discount Gallery Store |
| 72 | Anime Fun Time Store |
| 73 | Aquarius Fashion Store |
| 74 | Auin Store |
| 75 | Babaite RC22 Store |

| 76 | Bags that bring happiness to you Store |
|---|---|
| 77 | BOD Cars666 Store |
| 78 | Boutique Toys Store |
| 79 | China's global miner Store |
| 80 | Convenient Kitchen Tool Store |
| 81 | Deamo Store |
| 82 | Duns Store |
| 83 | Everything life Store |
| 84 | Exquisite house life Store |
| 85 | Fashionable bags online Store |
| 86 | Feng BaoBao Store |
| 87 | Financial Fortune Is Rolling In - Store Store |
| 88 | Funny Castle Toy Store |
| 89 | FUYU Store |
| 90 | Garden of Good and Evil Store |
| 91 | GHG Pretty Store |
| 92 | Girl's Exquisite Bags Store |
| 93 | Girly Heart Perimeter Store |
| 94 | Go To Beautiful Life Store |
| 95 | Good Choice AAA Store |
| 96 | Happy Home 6 Store |
| 97 | Happy-Home-House Store |
| 98 | Homestead Work Store Store |
| 99 | Hot Toys Department Store |
| 100 | HOUSURE Store |
| 101 | IKEA Home Furnishing Store Store |
| 102 | Indoor Outdoor Supplies Drop ship Store |
| 103 | Japan life Store |
| 104 | Jinou Store |
| 105 | JOY JOIN-77 TOY Store |
| 106 | KAAAZI Official Store |
| 107 | KADUO Textile Specialty Store |
| 108 | Kawaii Barbie Store |
| 109 | Kitchen Bar Counter Store |
| 110 | KK FigureToy Store |
| 111 | KLDS Store |
| 112 | Koi Home Storage Store Store |
| 113 | Ladys Bag Store |

| | |
|---|---|
| 114 | LiiP Toy 1 Store |
| 115 | Litterlogan Store |
| 116 | LL BABY Store |
| 117 | LUCKY CHARM Store |
| 118 | Lucky Home 1 Store |
| 119 | Lupan Store |
| 120 | maeham Official Store |
| 121 | Magic Hut Store |
| 122 | Marobe Store |
| 123 | Martis Store |
| 124 | Mibobo Store |
| 125 | MINISO Co Branding Store |
| 126 | Miss Wang Fifth Store |
| 127 | MOJOYCE - Speciality Bag Store |
| 128 | MOJOYCE Factory Store Store |
| 129 | MOJOYCE New Bag Store |
| 130 | MOJOYCE Speciality Store |
| 131 | MQE Store |
| 132 | Mumamuying Store |
| 133 | My Guest You Here Again Store |
| 134 | My New Fashion Bag Store |
| 135 | NHKDSASA Official Store |
| 136 | Nice Furnishings Store |
| 137 | Ninth Life's Store |
| 138 | Noso Store |
| 139 | Nutlet Living Store |
| 140 | OPDOS Light Factory Store |
| 141 | Panmagee Store |
| 142 | Pb Peggybuy Bag Store |
| 143 | Perla Boutique Bags Store |
| 144 | Puff Toy Shop Store |
| 145 | RZ Kidoo Store |
| 146 | Shop1100217664 Store |
| 147 | Shop1102350389 Store |
| 148 | Shop1102372542 Store |
| 149 | Shop1102372603 Store |
| 150 | Shop1102438115 Store |
| 151 | Shop1102520835 Store |

| | |
|---|---|
| 152 | Shop1102601836 Store |
| 153 | Shop1102703245 Store |
| 154 | Shop1102749063 Store |
| 155 | Shop1102794846 Store |
| 156 | Shop1102889302 Store |
| 157 | Shop1102908445 Store |
| 158 | Shop1102928516 Store |
| 159 | Shop1103134221 Store |
| 160 | Shop1103340295 Store |
| 161 | Shop1103623292 Store |
| 162 | Shop1103717589 Store |
| 163 | Shop3364004 Store |
| 164 | Shop5037091 Store |
| 165 | Shop910447251 Store |
| 166 | Shop911318003 Store |
| 167 | Shop911345018 Store |
| 168 | Shop911421057 Store |
| 169 | SSKK Store |
| 170 | Stay Smart home Store |
| 171 | Strawbeberry Store |
| 172 | Sunshine Home Store Store |
| 173 | Sylph Toy World Store |
| 174 | TAOAO TQQ BABY Store |
| 175 | The NG Family Plush Zoo Store |
| 176 | TidyEasy Store |
| 177 | Tiktopaccessory Store |
| 178 | Top on the world Store |
| 179 | TOP Shopping-market Store |
| 180 | Trendy bags' Store |
| 181 | Umikk Fashion Women Bag Store |
| 182 | Useful Home Decoration Store |
| 183 | Vegetable Tool Store |
| 184 | VKTECH-Speciality Bag Store |
| 185 | Warm hearted Store |
| 186 | Warm house xnre Store |
| 187 | Wholesale Luggage And Bags Store |
| 188 | Wonder Wonderland Store |
| 189 | Wonderland Toy in Store |

| 190 | Wow! Trendy Playhouse Store |
|-----|------------------------------|
| 191 | Yan-Ning furnishing Store |
| 192 | Younger Fashionable Bags Store |
| 193 | YT Baby Store |
| 194 | Yuchen Home Store Store |
| 195 | Yue Feng Lighting Decorate Store |
| 196 | Zava Store |
| 197 | ZhiXi Xu Store |
| 198 | altervalen |
| 199 | Demarcat |
| 200 | eb-51773 |
| 201 | Ikigaiiii |
| 203 | l9vebot |
| 204 | Layaali |
| 205 | lesterology |
| 206 | Mono-Matique |
| 208 | rxssal |
| 209 | sniffrensticker |
| 210 | Strawberry _ |
| 211 | ucylevineart |
| 212 | vllxllx |
| 213 | yeonnart |