UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V. | ) |
| | ) |
| Plaintiff, | ) Case No. 24-cv-7613 |
| | ) |
| v. | ) Hon. Steven C. Seeger |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

In response to this Court's May 30, 2025 Minute Order, Plaintiff submits this Status Report. [Dkt. No. 39].

Plaintiff has agreed to settlement terms with Defendant No. 202 "islobella" and Defendant No. 207 "printsbydpr". Upon the execution of the settlement agreement and receipt of the settlement funds, Plaintiff will promptly file a Notice of Dismissal. The parties anticipate completing settlement documents, transferring settlement funds and filing a Notice of Dismissal with the Court within the next thirty (30) days. Settlement discussions between Plaintiff and Defendant No. 45 "Funny-company" are ongoing. Plaintiff expects to resolve this matter with Defendant No. 45 "Funny-company within the next thirty (30) days.

Respectfully submitted,

Dated: May 30, 2025

By: <u>s/Michael A. Hierl</u>
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
<u>mhierl@hsplegal.com</u>
Attorneys for Plaintiff
MERCIS B.V.