UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V. ) | |
| ) | |
| Plaintiff, ) | Case No. 24-cv-7613 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT

In response to this Court's June 3, 2025 Minute Order, Plaintiff submits this Status Report. [Dkt. No. 45]. Plaintiff contacted Defendant No. 45 "Funny-company", Defendant No. 202 "islobella", and Defendant No. 207 "printsbydpr" for approval of this status report. Defendant No. 202 "islobella" and Defendant No. 207 "printsbydpr" did not respond to Plaintiff.

Plaintiff has agreed to settlement terms with Defendant No. 202 "islobella", Defendant No. 207 "printsbydpr" and Defendant No. 45 "Funny-company". Plaintiff has confirmed execution of the settlement agreement and receipt of settlement funds for Defendant No. 202 "islobella" and filed a Stipulation of Voluntary Dismissal on June 9, 2025. [Dkt. No. 47]. Upon receipt of the settlement funds, Plaintiff will promptly file a Notice of Dismissal for Defendant No. 207 "printsbydpr" and upon the execution of the settlement agreement and a Stipulation of Voluntary Dismissal for Defendant No. 45 "Funny-company". The parties anticipate completing settlement documents, transferring settlement funds and filing a Notice of Dismissal for

Defendant No. 207 "printsbydpr" and a Stipulation of Voluntary Dismissal for Defendant No. 45 "Funny-company" with the Court within the next fourteen (14) days.

Respectfully submitted,

Dated: June 10, 2025

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
MERCIS B.V.

Dated:

By: s/
Isabella Galin
1205 15th Ave N
727-452-0189
Ru.emailing.bella@gmail.com
PRO SE
Defendant No. 202 "islobella"

Dated: June 10, 2025

By: s/Emma Vizier
Emma Vizier
PRO SE
Defendant No. 45 "Funny-company"

Dated:

By: s/
Jane Vilgats
Defendant No. 207 "printsbydpr"

# CERTIFICATE OF FILING

The undersigned attorney hereby certifies that a true and correct copy of the foregoing proposed Joint Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 10, 2025.

s/Michael A. Hierl
Michael A. Hierl
